UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACKIE TAYLOR, | Case No. C19-275RSM |
| Plaintiff, | ORDER CLOSING CASE |
| v. | |
| MERRITT MOUNT, *et al.*, | |
| Defendants. | |

*Pro se* Plaintiff Jackie Taylor mailed a proposed Complaint in this case without an IFP application or filing fee. *See* Dkt. #1. A letter was mailed to Plaintiff indicating these deficiencies. Dkt. #2. The Court issued a deadline of March 27, 2019, for Plaintiff to respond or face dismissal. Dkt. #2. Plaintiff has not responded, paid the filing fee, or otherwise been granted leave to proceed *in forma pauperis* in this matter.

Given all of the above, the Court finds that this case is properly closed. Plaintiff is free to file this action again with an IFP application or filing fee. Having reviewed the record, the Court hereby finds and ORDERS that this case is CLOSED.

DATED this 23 day of April, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER CLOSING CASE - 1